UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COOK PRODUCTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS SWANICKE, et al.,<br><br>Defendants. | C16-1884 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's second motion to permit alternative mail service on Steve Austin, docket no. 43, is DENIED. The Court has already granted a substantial extension of the deadline for effecting service which expired on May 12, 2017, Minute Order, docket no. 13, and plaintiff has not requested an additional extension or identified good cause therefor. Accordingly, plaintiff is ORDERED to show cause by July 28, 2017, why its claims against defendant Steve Austin should not be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of July, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1