UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COOK PRODUCTIONS, LLC,

        Plaintiff,

   v.

THOMAS SWANICKE, et al.,

        Defendants.

C16-1884 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Plaintiff's motion to seal, docket no. 74, is GRANTED as follows. Exhibit A to the Declaration of David Lowe, docket no. 77, shall remain under seal until further order of the Court.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 9th day of February, 2018.

                      William M. McCool
                      Clerk

                      s/Karen Dews
                      Deputy Clerk

MINUTE ORDER - 1