Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| COOK PRODUCTIONS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>THOMAS SWANICKE, an individual;<br>SHANNON REYNOLDS, an individual;<br>SAMANTHA WIERZYKAI, an individual;<br>FRANKLIN COBB, an individual;<br>YOOKYNG PAK, an individual; and<br>TYREE SMITH, an individual,<br><br>  Defendants. | Civil Action No. 16-cv-1884TSZ<br><br>NOTICE OF UNAVAILABILITY |

Please take notice that David A. Lowe, attorney for Plaintiff, will be unavailable from February 16, 2018 to February 26, 2018, and respectfully requests that no pleadings or motions be filed or other matters be scheduled during this time period.

RESPECTFULLY SUBMITTED February 16, 2018.

> s/David A. Lowe, WSBA No. 24,453
>  Lowe@LoweGrahamJones.com
> LOWE GRAHAM JONES<sup>PLLC</sup>
> 701 Fifth Avenue, Suite 4800
> Seattle, WA 98104
> T: 206.381.3300
> F: 206.381.3301
>
> Attorneys for Plaintiff

NOTICE OF UNAVAILABILITY - 1
Civil Action No. 16-cv-1884TSZ
INIP-6-0065P29 NOTUnvailability

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served to all counsel or parties of record who are deemed to have consented to electronic service via the Court's CM/ECF system, as well as the following addressed as follows:

Thomas Swanicke
8203 86th Ave NE
Marysville, WA 98270

Shannon Reynolds
7920 48th Ave SE
Olympia, WA 98503

Yookyng Pak
1830 S. 336th St., Apt. #G102
Federal Way, WA 98003

<u>s/ David A. Lowe</u>

NOTICE OF UNAVAILABILITY - 2
Civil Action No. 16-cv-1884TSZ
INIP-6-0065P29 NOTUnvailability

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301